# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4088
_____

CODY FORD,

    Appellant,

v.

DEPARTMENT OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

April 2, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

J. Steven Carter and Miriam R. Coles of Henry Buchanan, P.A., Tallahassee; Ashley Moody, Attorney General, Tallahassee, for Appellee.